IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-00323-DSC

| PHRATASIA CHRISTINA MACON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (document #12).

For the reasons stated therein, it is **ORDERED** that Plaintiff's Motion to Dismiss (document #12) is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: August 25, 2021

David S. Cayer
United States Magistrate Judge