# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Phratasia Christina Macon, | JUDGMENT IN CASE |
| Plaintiff(s), | 1:20-cv-00323-DSC |
| vs. | |
| Commissioner of Social Security, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2021 Order.

August 25, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court